IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WARDELL COLEMAN,

     Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3971

Opinion filed October 6, 2014.

An appeal from an order of the Public Employees Relations Commission.

Thomas Montgomery of Thomas Montgomery, P.A., Belle Glade, for Appellant.

Kambria Emanuel Anderson, Assistant General Counsel, Office of the General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

Joey D. Rix, Staff Attorney, Public Employees Relations Commission, Tallahassee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, PADOVANO, and MARSTILLER, JJ., CONCUR.